# UNITED STATES DISTRICT COURT

for the
Eastern District of Michigan

| | |
|---|---|
| **Marlene Youngblood,**<br>*Plaintiff*<br>v.<br>**Nexteer Automotive Corporation,**<br>*Defendant* | Civil Action No. 2:26-cv-12734-SJM-EAS |

## AFFIDAVIT OF SERVICE

I, Mike Rehbein, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Nexteer Automotive Corporation in Wayne County, MI on August 11, 2026 at 2:25 pm at 40600 Ann Arbor Rd E, Ste 201, Plymouth, MI 48170-4675 by leaving the following documents with Kathy Hunter who as Intake Specialist at CT Corporation System is authorized by appointment or by law to receive service of process for Nexteer Automotive Corporation.

SUMMONS IN A CIVIL ACTION
COLLECTIVE ACTION COMPLAINT AND JURY DEMAND and Exhibits

Race: White, Sex: Female, Est. Age: 55-64, Hair: Blonde, Glasses: N, Est. Weight: 200 lbs to 220 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=42.3599374681,-83.4422774619
Photograph: See Exhibit 1

Standard Serve 40600 Ann Arbor Rd E, Ste 201, Plymouth, MI 48170-4675 1@$97.00=$97.00
Total Cost: $97.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in
Wayne County,
MI on 8/12/2026.

/s/ *Mike Rehbein*

Signature
Mike Rehbein
+1 (810) 588-3848


Exhibit 1a)
Second Floor
Suite 200
Suite 201
Suite 200
A.S.K. Services Inc.
A.S.K. Title Agency LLC
Suite 201
The Corporation Company
Business Filings Incorporated
CT Corporation System
National Registered Agents, Inc.